**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Zonta Tavaras ELLISON,
Defendant–Appellant.**

No. 14–6204.

United States Court of Appeals,
Fourth Circuit.

Submitted: April 24, 2014.

Decided: April 29, 2014.

Zonta Tavaras Ellison, Appellant Pro Se. Kimlani M. Ford, Cortney Randall, Assistant United States Attorneys, Maria Kathleen Vento, Office of the United States Attorney, Charlotte, North Carolina, for Appellee.

Before NIEMEYER, SHEDD, and FLOYD, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Zonta Tavaras Ellison seeks to appeal the district court's order denying his pro se motion for judgment of acquittal. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545–46, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Ellison seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED.*